FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB -3 PM 12:17
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRI BRAUN,

    Plaintiff,

v.

CADENCE HEALTHCARE SOLUTIONS, LLC; WOODLANDS HEALTHCARE & REHAB, LLC; STACEY BROWN; ERSULA HENDERSON; ELAINE LAMBERT; and JANELLE PERKINS;

    Defendants.

CASE NO. CV419-101

## ORDER

Before the Court is Defendant Woodlands Healthcare & Rehab LLC's ("Woodlands") Notice of Automatic Stay and Suggestion of Bankruptcy, filed on January 16, 2020, stating that Defendant Woodlands has filed a voluntary petition for bankruptcy under Chapter 7 in the United States Bankruptcy Court for the Eastern District of Tennessee. (Doc. 29.) Pursuant to 11 U.S.C. § 362, proceedings before this Court against Defendant Woodlands must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, the Clerk of Court is

**DIRECTED** to **STAY THIS CASE**. Should it become necessary, Plaintiff may move to lift the stay.

SO ORDERED this 31ST day of January 2020.

							_____
							WILLIAM T. MOORE, JR.
							UNITED STATES DISTRICT COURT
							SOUTHERN DISTRICT OF GEORGIA