UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
TERRI BRAUN,                            )
                                        )
     Plaintiff,                         )   CASE NO.: 4:19-CV-101
                                        )
v.                                      )
                                        )
CADENCE HEALTHCARE  SOLUTIONS, LLC,     )
WOODLANDS HEALTHCARE AND                )
REHAB, LLC, STACEY BROWN,               )
ERSULA HENDERSON, ELAINE LAMBERT,       )
and JANELLE PERKINS,                    )
                                        )
     Defendants.                        )
_____)
```

## ORDER

Before the Court is Plaintiff Terri Braun's Motion to Lift Stay. (Doc. 35.)  Defendant Woodlands Healthcare & Rehab, LLC, filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Tennessee. As a result, the Court stayed this case on February 3, 2020. (Doc. 30.) The Bankruptcy Court issued an order modifying the automatic stay to allow the Plaintiff to proceed with the above-captioned district court litigation, to pursue her claims and liquidate her claims against Woodlands, to continue discovery to Woodlands, and compel its appearance at trial. *In re: Woodlands Healthcare & Rehab, LLC*, Case No. 1:12-bk-10163, Doc. 36 (E.D. TN. Bankr. May 21, 2020). (Doc. 35-1.)  In light of the referenced order by the Bankruptcy Court, the Plaintiff's Motion is hereby GRANTED.

The close of discovery and motions deadlines in this matter are re-established as follows:

| | |
|---|---|
| Close of Discovery | September 7, 2020 |
| Last Day for filing civil motions including *Daubert* motions but excluding motions in limine | October 7, 2020 |

**SO ORDERED**, this 10th day of JUNE, 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA