UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TERRI BRAUN | ) | |
| | ) | |
| Plaintiff | ) | Case No.  4:19-cv-101 |
| | ) | |
| v | ) | |
| | ) | |
| CADENCE HEALTHCARE SOLUTIONS, LLC ; | ) | |
| WOODLANDS HEALTHCARE AND REHAB, | ) | |
| LLC; STACEY BROWN; ERSULA | ) | Appearing as Co-Counsel |
| HENDERSON; ELAINE LAMBERT; | ) | On behalf of Defendants |
| JANELLE PERKINS; CHATTAHOOCHEE | ) | Chattahoochee Nursing, LLC and |
| NURSING, LLC; AND CHRISTOPHER | ) | Christopher Brogdon |
| BROGDON | ) | |
| | ) | |
| Defendants | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in L.R. 83.4 for admission pro hac vice have been satisfied, Petitioner's request to appear pro hac vice in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 26th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:    TIMOTHY J. MCGAUGHEY
Georgia Bar No.  002290

Timothy J. McGaughey, P.C.
3631 Chamblee-Tucker Road, No. A - 313
Atlanta, Georgia 30341
(770) 842-1231 (Direct)
Georgia Bar No.   002290
tmcgaughey@tjmlaw.net